

HON. SYLVIA O. HINDS-RADIX
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NEW YORK 10007

JAMISON DAVIES
*Assistant Corporation Counsel*
Phone: 212-356-2490
jdavies@law.nyc.gov

July 20, 2023

Clerk of the Court
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007
civilcases@ca2.uscourts.gov

Re:   *Jones v. City of New York*
      Docket No. 23-313

To the Hon. Clerk of the Court:

The New York City Law Department respectfully requests that it no longer be identified as counsel for the City of New York and the New York City Department of Social Services on the docket for this appeal. Because the district court dismissed the complaint sua sponte—evidently before service of process was completed the City of New York and the New York City Department of Social Services did not appear below and the Law Department has not entered an appearance on their behalf.

Thank you for your consideration.

                Respectfully submitted,

                HON. SYLVIA O. HINDS-RADIX
                *Corporation Counsel*
                *of the City of New York*

By:   /s/ Jamison Davies
      Jamison Davies
      Assistant Corporation Counsel

cc: Keisha A. Jones
    40 Ann Street
    New York, NY 10038