23-313

The Help USA Fund Inc.
17th Floor
5 Hanover Square
New York, NY 10004



RECEIVED
2023 AUG 11 AM 10: 58
CLERK'S OFFICE
U.S. COURT OF APPEALS

**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |
| Date: June 20, 2023<br>Docket #: 23-313<br>Short Title: Jones v. The City of New York | DC Docket #: 22-cv-7243<br>DC Court: SDNY (NEW YORK CITY)<br>DC Judge: Swain |

### NOTICE BARRING A CORPORATION FROM PROCEEDING PRO SE

A Notice of Appeal has been filed in this Court in the above referenced case naming an incorporated business as an appellate party. It appears that the corporate party is not represented by counsel in this case.

An incorporated business, even if solely owned, is prohibited from appearing pro se in this Court. See 28 U.S.C. § 1654; Berrio v. New York City Housing Authority, 564 F. 3d 130, 132-133 (2d Cir. 2009).

If an attorney admitted to practice in this Court does not file a notice of appearance on behalf of the incorporated business by July 20, 2023, the corporate party will be deemed in default on the appeal. An unrepresented corporate party's brief will not be accepted for filing and when the appeal is placed on a calendar for determination by the Court, the unrepresented corporate party will not be heard at oral argument, except by permission of the Court.

Inquiries regarding this case may be directed to 212-857-8512.

United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

Date: June 20, 2023
Docket #: 23-313
Short Title: Jones v. The City of New York

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

DC Docket #: 22-cv-7243
DC Court: SDNY (NEW YORK CITY)
DC Judge: Swain

## AMENDED CAPTION NOTICE

As noted on the docket sheet, the caption has been changed. If the brief has been filed, six copies of a revised brief cover accurately reflecting the change in official caption must be submitted within 14 days of this notice.

Inquiries regarding this case may be directed to 212-857-8512.

# General Docket
## Court of Appeals, 2nd Circuit

| | |
|---|---|
| **Court of Appeals Docket #:** 23-313<br>**Nature of Suit:** 3440 CIVIL RIGHTS-Other<br>Jones v. The City of New York<br>**Appeal From:** SDNY (NEW YORK CITY)<br>**Fee Status:** due | **Docketed:** 03/06/2023 |

**Case Type Information:**
  1) Civil
  2) Private
  3) –

**Originating Court Information:**
  **District:** 0208-1 : 22-cv-7243
  **Trial Judge:** Laura Taylor Swain, U.S. District Judge
  **Date Filed:** 08/24/2022
  **Date Order/Judgment:**         **Date NOA Filed:**
  02/06/2023                       03/06/2023

**Prior Cases:**
  None

**Current Cases:**
  None

**Panel Assignment:**     Not available

| | |
|---|---|
| Keisha A. Jones<br>    Plaintiff - Appellant | Keisha A. Jones, -<br>[NTC Pro Se]<br>40 Ann Street<br>New York, NY 10038 |
| ———————————————— | |
| The City of New York<br>    Defendant - Appellee | Sylvia Hinds-Radix, Esq., Corporation Counsel<br>Direct: 212-356-0800<br>[COR NTC Government]<br>New York City Law Department<br>100 Church Street<br>New York, NY 10007 |
| New York City Department of Social Services<br>    Defendant - Appellee | Sylvia Hinds-Radix, Esq., Corporation Counsel<br>Direct: 212-356-0800<br>[COR NTC Government]<br>(see above) |
| Westhab, Inc.<br>    Defendant - Appellee | Westhab, Inc., -<br>[NTC -]<br>8 Bashford Street<br>Yonkers, NY 10701 |
| Institute of Community Living Inc., (ICL)<br>    Defendant - Appellee | Institute of Community Living Inc., -<br>[NTC -]<br>6209 16th Avenue<br>Great Neck, NY 11024 |
| The Help USA Fund Inc.<br>    Defendant - Appellee | The Help USA Fund Inc., -<br>[NTC -]<br>17th Floor<br>5 Hanover Square<br>New York, NY 10004 |
| New York City Department of Housing Preservation and Development<br>    Defendant - Appellee | Sylvia Hinds-Radix, Esq., Corporation Counsel<br>Direct: 212-356-0800<br>[COR NTC Government]<br>(see above) |
| City of New York Comptroller<br>    Defendant | Sylvia Hinds-Radix, Esq., Corporation Counsel<br>**Terminated:** 06/20/2023<br>Direct: 212-356-0800<br>[COR NTC Government]<br>(see above) |
| New York City Department of Housing<br>    Defendant | Sylvia Hinds-Radix, Esq., Corporation Counsel<br>**Terminated:** 06/20/2023<br>Direct: 212-356-0800<br>[COR NTC Government] |

(see above)

Urban Pathways, Inc.
    Defendant

HELP USA, Inc.
    Defendant

Tamara Bryant, in her professional capacity as Program Director at Institute for Community Living Inc. (ICL)
    Defendant

Keisha A. Jones,

    Plaintiff – Appellant,

v.

The City of New York, New York City Department of Social Services, Westhab, Inc., Institute of Community Living Inc., (ICL), New York City Department of Housing Preservation and Development, The Help USA Fund Inc.

    Defendants – Appellees,

City of New York Comptroller, New York City Department of Housing, Urban Pathways, Inc., HELP USA, Inc., Tamara Bryant, in her professional capacity as Program Director at Institute for Community Living Inc. (ICL),,

    Defendants.

| 03/06/2023 | 1 | NOTICE OF CIVIL APPEAL, with district court docket, on behalf of Appellant Keisha A. Jones, FILED. [3481482] [23-313] [Entered: 03/10/2023 10:23 AM] |
|---|---|---|
| 03/06/2023 | 2 | DISTRICT COURT ORDER, dated 03/06/2023, RECEIVED.[3481525] [23-313] [Entered: 03/10/2023 11:03 AM] |
| 03/06/2023 | 3 | DISTRICT COURT JUDGMENT, dated 03/06/2023, RECEIVED.[3481529] [23-313] [Entered: 03/10/2023 11:05 AM] |
| 03/06/2023 | 4 | ELECTRONIC INDEX, in lieu of record, FILED.[3481550] [23-313] [Entered: 03/10/2023 11:14 AM] |
| 03/13/2023 | 5 | INSTRUCTIONAL FORMS, to Pro Se litigant, SENT.[3482512] [23-313] [Entered: 03/13/2023 02:35 PM] |
| 06/20/2023 | 7 | CAPTION, designation for The Help USA Fund Inc. changed to Defendant-Appellee, copy to pro se appellant, AMENDED.[3531561] [23-313] [Entered: 06/20/2023 09:51 PM] |
| 06/20/2023 | 8 | NOTICE, to Appellee Institute of Community Living Inc., The Help USA Fund Inc. and Westhab, Inc., regarding a corporation proceeding Pro Se, and requesting a response 30 days from the date of this letter, SENT.[3531565] [23-313] [Entered: 06/20/2023 09:58 PM] |

**CLERK'S OFFICE**
**UNITED STATES COURT OF APPEALS**
UNITED STATES COURT HOUSE
FOLEY SQUARE
NEW YORK, N.Y. 10007



quadient
FIRST-CLASS MAIL
IMI
$001.50
06/22/2023 ZIP 10007
043M31215156
US POSTAGE

(7)

NIXIE         061   4E 1         0208/07/23

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 10007                 0060N21911500045

UTF

